**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

CURTIS JAMES JACKSON, :
:
    Petitioner, :
:
v. : 1:07-CV-217 (WLS)
:
VICTOR WALKER, Warden, :
:
    Respondent. :
_____ :

## **O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 16), filed August 5, 2008. It is recommended that Respondent's motion to dismiss the petition as untimely be granted. (Doc. No. 9). Petitioner has not filed a timely written objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Respondent's motions to dismiss the petition as untimely (Doc. No. 9) is **GRANTED.**

    SO ORDERED, this  5th  day of September, 2008.

                                                     /s/W. Louis Sands
                                                   **W. Louis Sands, Judge
                                                   United States District Court**